RAÚL LABRADOR
ATTORNEY GENERAL

Craig D. Stacey (ISBN 7996)
Special Deputy Attorney General
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
craig@melawfirm.net

*Attorneys for Defendants Kory Howard, Erin Kolb, & Ryan Gamble*

**IN THE UNITED STATES DISTRIC COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JASON LONG,<br><br>      Plaintiff,<br><br>vs.<br><br>MOHAMMAD, et al.,<br><br>      Defendants. | Case No. 1:25-cv-00375DKG<br><br>**MOTION FOR SUMMARY JUDGMENT RE: FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** |

COME NOW Defendants Kory Howard, Erin Kolb, and Ryan Gamble, by and through their counsel of record, Moore Elia Kraft & Stacey, LLP, and hereby submit this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This Motion is supported by a *Statement of Material Facts,* a *Memorandum in Support*, and *Declarations of Leilani Howard and Brittany Crockett* filed contemporaneously herewith. Oral argument is not requested at this time.

MOTION FOR SUMMARY JUDGMENT **- 1**

DATED this 8th day of January, 2026.

        MOORE ELIA KRAFT & STACEY, LLP

        <u>*/s/ Craig Stacey*</u>
        Craig Stacey
        *Attorneys for Defendants Kory Howard,*
        *Erin Kolb, & Ryan Gamble*

MOTION FOR SUMMARY JUDGMENT **- 2**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 8th day of January, 2026, I filed the foregoing electronically through the CM/ECF system, and served a true and correct copy to the following non-CM/ECF party by the method marked below:

| | |
|---|---|
| Jason Long #121296<br>IDOC, IMSI, B Block #2<br>P.O. Box 51<br>Boise, ID 83707<br><br>*Pro Se* | ☒ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission |

                                                */s/  Jessica Steiger*
                                                Jessica Steiger