RAÚL LABRADOR
ATTORNEY GENERAL

Craig D. Stacey (ISBN 7996)
Special Deputy Attorney General
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
craig@melawfirm.net

*Attorneys for Defendants Kory Howard, Erin Kolb, & Ryan Gamble*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>MOHAMMAD, *et al.*<br><br>    Defendants. | Case No. 1:25-cv-00375DKG<br><br>**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Defendants Kory Howard, Erin Kolb, and Ryan Gamble, by and through their counsel of record, Craig Stacey, Special Deputy Attorney General, State of Idaho, of the law firm Moore Elia Kraft & Stacey, LLP, and pursuant to Dist. Idaho Loc. Civ. R. 7.1(b)(1), hereby provides this separate Statement of Material Facts in Support of her Motion for Summary Judgment.

    1.    Jason N. Long is an inmate of the Idaho Department of Corrections currently housed at Idaho Maximum Security Institution "(IMSI") has been incarcerated for nearly a decade.

    2.    Kory Howard, Erin Kolb, and Ryan Gamble are all employed with the Idaho

Department of Corrections at Idaho State Correctional Center ("ISCC").

3. All allegations against these defendants are alleged to have occurred at ISCC on May 12, 2024 and on May 23, 2024.

4. Inmate Long was transferred to IMSI directly after the event that occurred on May 23, 2024.

5. Inmate Long is familiar with the Grievance Process and has filed Concern Forms and Grievance Forms numerous times throughout his incarceration. He filed a Concern Form the same day he was transferred from ISCC to IMSI complaining that his fan had been confiscated. Inmate Long timely filed a Grievance Form on that issue within 30 days of the alleged occurrence.

6. Inmate Long did not file any Concern Forms or Grievance Forms regarding the alleged incidents set forth in his lawsuit regarding Kory Howard, Erin Kolb, and Ryan Gamble.

DATED this 8th day of January, 2026.

        MOORE ELIA KRAFT & STACEY, LLP

        */s/ Craig Stacey*
        Craig Stacey
        *Attorneys for Defendants Kory Howard,*
 &nbsh;      *Erin Kolb, and Ryan Gamble*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2026, I filed the foregoing electronically through the CM/ECF system, and served a true and correct copy to the following non-CM/ECF party by the method marked below:

| | |
|---|---|
| Jason Long #121296<br>IDOC, IMSI, B Block #2<br>P.O. Box 51<br>Boise, ID 83707<br><br>*Pro Se* | ☒ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission |

*/s/ Jessica Steiger*
Jessica Steiger

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** - 3