Jason N. Long 121296
IDOC, IMSI, A-Block
P.O. BOX 51
Boise, ID 83707


IN THE DISTRICT COURT FOR THE FOURTH JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| THE STATE OF IDAHO, | Case No. CR01-25-35618-1 |
| Plaintiff, | AFFIDAVIT |
| vs. | |
| JASON N. LONG, | |
| Defendant. | |

I, Marcus Yupe, certify:
I am an eye witness in the above entitled action providing this testimony, for evidence to the courts in the above entitled case and the federal case No. 1:25-cv-00375-DKG, and for any additional actions that may come as a result of the scene and actions I witnessed in Idaho's ISCC Facility concerning the Defendant on the 23rd day of May, 2024.

On May 23, 2024 at about 8:30 PM I lived in the same tier and cell block as Jason Long at IDOC's ISCC facility and I witnessed Jason leave the tier to speak to the control officer in the foyer and I witnessed him bend over the vent of the controll tower so he could be heard by the control officer. As he spoke to the control officer, I saw Officer Humayun Mohammad come up behind Jason and reach a hand between Jason's legs from behind, grabbing his privates and buttocks.

At that moment Long straightened and turned to face Mohammad who had positioned himself to Jason's left and Jason confronted him, yelling loudly for Mohammad to not touch him. Jason Long turned to the control officer and yelled at her, I believe Erin Kolb, and said something very close to, "You saw what this rapist fuck just did! He just grabbed my balls the fucking rapist fuck!"

At this point the commotion on the tier grew louder as more people moved toward the windows to watch what was happening in the foyer, but I did hear Jason yell, demanding a PREA incicent and to speak to the shift command. Then Mohammad threw some papers in his hand and yelled at Jason to get on the wall to be restrained as he backed up toward tier 1 and the far side of the control room.

Jason had his hands up in surrender and moved toward the hallway and spread his hands on the wall to be restrained and Mohammad stepped out of my view farther away from jason, partially blocked by the corner of the control room. Suddenly, Mohammad started screaming high and let lose a stream of orange OC spray from near 7 feet away, all I could see was his arm and hand, and Jason just looking directly into the stream, not moving with his hands on the wall. He appeared to be in shock.

At this point I could no longer see, because too many people got in front of me, but I heard Jason yell for help and caught glimpses of him through the spectators as he ran blindly around the control room and I saw Mohammad in chase, spraying him over and over as Jason begged for Officer Kolb to help. I saw another tall officer come into view over everyone's heads and Jason laid down in front of officer Howard, still asking for help.

At no point during the entire incident did jason Long strike any officers. He was compliant with

AFFIDAVIT PG 1 OF 2

orders given to him but was attacked, completely unprovoked by Officer Mohammad.

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the state of idaho that the foregoing is true and correct.

Date: 12/3/25

Typed/printed: MACCUS YAPE

Signature: [signature]

AFFIDAVIT PG 2 OF 2

Exhibit #6

# IDAHO DEPARTMENT OF CORRECTION
## Grievance Transmittal Form

Facility: <u>Idaho State Correctional Center</u>       Date: <u>10/2/2024</u>

**To:** Inmate Name: <u>Long, Jason</u>       IDOC Number: <u>121296</u>

Institution, Housing Unit, & Cell: <u>B Block-1-02-A</u>

**From:** <u>K. RHODES</u>       ☑ Grievance Coordinator  ☑ Other

The attached form is being returned without action being taken because:

☑ You did not submit the grievance within 30 days of the incident.

☐ You did not submit the appeal within 14 days of the review authority's decision.

☐ The form is not handwritten (it cannot be typed).

☐ The form is not legible.

☑ You did not include with the grievance an answered or signed *Inmate Concern Form(s)* that shows your attempts to resolve the issue informally with applicable staff.

☐ You have three (3) open/active grievances (including appeals) in the system, which is the maximum number you are allowed.

☐ You have raised more than one specific issue.

☐ The grievance does not contain a reasonable and clear description of the problem.

☐ The grievance does not describe how you tried to resolve the issue informally.

☐ The grievance does not contain specific information such as dates, places, and names.

☐ Your description of the problem is not written in or within the appropriate area on the form. (Written comments must not exceed the space designated for writing comments.)

☐ The grievance is not written in a civil, concise, or understandable language; or it is not to the point. (Grievances cannot contain vague issues/complaints, personal attacks, or harass staff members.)

☐ You did not suggest a solution.

☐ You did not sign the form.

☐ You cannot submit your appeal until the grievance decision is rendered.

☐ The issue was previously grieved under grievance number: _____.

☐ The issue/complaint is not grievable as indicated in standard operating procedure 316.02.01.001, *Grievance and Informal Resolution Procedures for Inmates*, and must be addressed as follows: _____

☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court or Idaho Commission of Pardons and Parole.

☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.

☑ Other (must be approved by the review or appellate authority): <u>DW Carver is not the lowest level for applicable staff.</u>

Appendix D
316.02.01.001
(Appendix last updated 6/04/18)

[6/6/24] Sent Taylor - Post Conviction Attorney - a letter. No workout "
Court gave beneficial witness statements for my hearing but DOC didn't watch video per SOP 318
Something fishy's going on, so I sent Both Wardens, ISCC, trust concerns demanding they return evidence
so my PREA claim will go to criminal trial. ✱ Need to File Grievance if PREA staff doesn't respond by
tomorrow! ✱

[6/7/2024] Workout Log: 25 crunches/ℍℍ
Word of the day: Agoraphobia   Reading: Finished Grisham's Gray Mountain, Started Marked P.C.
✱ Had a good talk with Jacob Westerfeld. He's a good Attorney!
  Key takeaways: 1) If Appeal doesn't fly, I have a lot of post conviction potential
  2) He's checking the foundational error angle of Anderson's Closing arguments on pg 448/447
  of trial transcripts.
✱ Drafting grievance for sexual battery claims. I can't submit until tomorrow
  for unanswered. "The Problem is: On May 10, and May 23rd 2024, I was
  sexually assaulted and battered by Officer Mohammed, then physically beaten and sprayed
  with OC vitriol spray by him and Officer Howard in the C block Foyer at ISCC.
  I have a right to press charges and injunction but I am being ignored when I've
  pursued information (IDs badge #s) from my PREA File. (See unanswered Concern
  form).
  "I have tried to solve the problem: Using the PREA Hotline, speaking to staff,
  but I was retaliated against and threatened by Officer Gamble. I was then
  attacked and beaten, then I submitted a concern form 6/1/24 unanswered (See attached)
  "I suggest: Immediate termination of Mohammed, Howard, Gamble, and all others
  liable for damages, and I need the best care to fix my eye and heel/neck pain.
  I am going blind.

[6/8/24] Workout log: Decline 30/ℍℍ   Fist Decline/ ℍℍℍ   Toe-Ups 50/ ℍℍ ll
  Reading: Finished P.C. Cast's   Marked ✱✱ My eye is getting worse! ✱✱
✱✱ Filed Grievance against Mohammed, Gamble, and Howard.
  Word of the day: Entropy ;  Erudite
  Reading: Started : The Three Body Problem

[6/9/2024] Workout log: Lunge 25/ℍℍ
  ✱ Sent letter to "Martha" @ Lucky Parson's Bookstore for literary agent requests
  Word: Avant-garde (writing style)
  Word: Syzygy - (Does this mean 3 suns in a line? Fuck I need
  a dictionary! ")

[6/10/24] Workout Log: 20 down → 10 @ Pushup/Squat/Crunch/Jacks
  toe-ups - 200   Total: 165 each ... I think?

6/14/24 Workout Log: Decline 35/11 V  Squat 35/1111  Pullups/70  Crunch 35/11
Nice day outside to do pullups ☺  Eye still fucking blurry and painful!!
Got contact for Meredith Bernstein and sent Stormfront Query! She accepts snail mail! Yay!!! Fingers Crossed 👀
Hearing Reminder: Coming up on Aug 28th! Amended Brief Due by Jacob Westerfield.
Reading: Finished: The Wind Song. Started Pinball 1973

6/15/2024 Workout Log: None.
** Dream... The girl again. The one in Honduras, gut shot, black shit and blood ruining her white stockings. She points to the schoolbus smoking and the little bodies piled up... She points at me, scowling,
... It is my fault. I should have done something. I could have at least called out! I just hid, a fucking coward. But she finds me. I can't hide from her.
I want to move away... I want to move on... this fucking eye!!! FUCK!
I want to die.
PHONE Make a point to Dad to delete my FB
* Sent letter to DAW 375 Hudson Street, NY, NY 10014 for Agent contact list.
Hopefully they respond with helpful info?
Guard walked outside my window, checking fence and gate at 1950 an LT walked rounds too.

6/16/2024 Workout log 5x5s x10/1111  Toe-up 100/111
ACLU PO Box 1897 Boise, ID 83701  208-334-9750
I emailed Kenzie, Gina, Lisa
My eye is too blurry/painful to read.

6/17/2024 Decline Knucks 20/1111
Word: Austere, Pernicious, parquet floor, obsequious flattery
Read: Finished Pinball 1973 Started Scythe

6/18/24 Workout Log  5x5s x10/111
Dad Mom and Leo should get home today. I spent some time trying to rewrite that song 'White Lilies', but my eye was too blurry...
** So I filed the grievance, attached Nicodemus' unanswered concern

Jason Nicholas Long (Hobomod) #1
IDOC, IMSI, B-Block #2
PO Box 51
Boise, ID 83707

Exhibit #6
p3

RECEIVED
JUL 29 2024
Ada County Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

STATE OF IDAHO, ET. AL )   Case No. _____
    Plaintiff,           )   COMPLAINT
                         )
vs.                      )
                         )
IDAHO DEPARTMENT OF CORRECTIONS )
OFFICER MOHAMMAD,        )
    Defendant.           )

PERSONALLY SWORN IN THIS AFFIDAVIT and COMPLAINT on 7/24/24, Jason Nicholas Long, a citizen representative, In and for the County of Ada, State of Idaho, who being first duly sworn, complains and says that Idaho Department of Corrections Officer Mohammad, on or about or between the 23rd day of May 2024 and the 1st day of June 2024, did commit the crimes of Aggravated Assault, Felony, I.C. 18-905(S) Aggravated Battery, Felony, I.C. 18-907(a),(c),(d), Assault With Intent to Commit a Serious Felony (Rape), Felony, I.C. 18-909, Battery With Intent to Commit a Serious Felony (Rape), Felony, I.C. 18-911, Preparing False Evidence, Felony, I.C. 18-2602, Destruction, Alteration, or Concealment of Evidence, Felony, I.C. 18-2603 as follows:

The defendant, IDOC Officer Mohammad, on or about the 23rd day of May 2024, in the County of Ada, State of Idaho, did willfully and unlawfully use threats of and use force or violence upon the person of Jason Nicholas Long, in attempt to rape, causing great bodily harm, to-wit: permanent partial blindness to the right eye by deploying vitriol, corrosive acid, or caustic chemical, or other noxious destructive substance into the face of Jason Nicholas Long. Then stomped on his (Mr. Long's) head. Causing permanent damage.

The defendant, IDOC Officer Mohammad, on or between the 23rd day of May, 2024 and the 1st day of June 2024, in the County of Ada, State of Idaho prepared false sworn evidence statement Information Reports to be presented as criminal evidence and worked with other IDOC staff to suppress and conceal institutional and handheld video evidence of the incident.

All of which is contrary to the form, force and effect of the statutes in such case and against the peace and dignity of The State of Idaho.

Said complainant therefore prays that a Warrant issue for the arrest of the defendant, and that ~~[redacted]~~ IDOC Officer Mohammad may be dealt with according to law.

Under oath and penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct, I Jason Nicholas Long do swear. Date: July 24, 2024

Jason N. Long
Typed

[Signature]
Signed

Subscribed and sworn before me this ___ day of _____ 2024

_____
Judge



**Trent Tripple**
Clerk of the District Court

**Katie Reed**
Chief Deputy

200 W Front St, Boise, ID 83702    Phone (208) 287-7960

---

July 29, 2024

Jason Long IDOC #121296
IMSI B Block
PO Box 51
Boise ID  83707

Re: Complaint

Dear Mr Long,

We received your Complaint on July 29, 2024.  Unfortunately, we are unable to process your document(s) at this time because:

☐ The filing did not include a case number or parties listed do not match case number.

☐ The case number provided is not an Ada County case and we cannot locate the proper court to forward your documents to.

☒ A filing fee of $         is required.
  To request a fee waiver, visit: https://adacounty.id.gov/clerk/court-assistance/fee-waiver

☐ A Family Law Information Sheet is required.
  To access this form, visit: https://adacounty.id.gov/clerk/court-assistance/family-law

☒ A Case Information Sheet is required.
  To access this form, visit: https://adacounty.id.gov/clerk/court-assistance/civil-case-paperwork

☒ Other: A blank Civil Case Information Sheet is included for you to use should you decide to refile. Please review your caption. If you are filing against the State of Idaho you would normally be the Plaintiff. We normally see the person filing as the Plaintiiff/Petitioner. We also need to know what kind of case you are trying to open and a fee may be associated with it depending on the type of case it is. You may submit a fee waiver if the case you are opening requires a fee.

Please be aware that many court documents are time-sensitive and we encourage you to keep that in mind.  You may want to consult an attorney, or you may also visit the Court Assistance Office for other assistance available to the public.  The Court Assistance Office can be reached at (208) 287-6963, cao@adacounty.id.gov, or https://adacounty.id.gov/clerk/court-assistance.

Sincerely,

Trent Tripple
Clerk of the District Court

By: Erica Weekley, Deputy Clerk
Enclosure


Exhibit # 4 p9



IDAHO DEPARTMENT OF CORRECTION

## Disciplinary Offense Report

Report generated by YOUNG, C
Report run on 06/10/2024 at 11:30

| | |
|---|---|
| Case Number: ISCC-2024-0974 | Offender Name: Long, Jason N     DOC #: 121296     Housing: B Block 1-02 |
| Facility: Idaho State Correctional Center | Reference: |
| Offense Code: A24 | Offense Title: Violence Against Staff |
| Offense Date: 05/23/2024 | Approximate Time: 8:54 PM   Location: Incident Location - C Block Foyer |

**DESCRIPTION OF THE OFFENSE**
Provide a summary of the details of the offense (i.e.: who, what, when, where, and how; any unusual behavior, any physical evidence and its disposition, and any immediate action taken – including use of force, etc.)

This DOR is part of a formal investigation being conducted by ISCC Investigations. As part of this investigation I, Officer Gamble (D598), reviewed institutional camera footage, handheld camera footage, staff Information Reports, and institutional phone records.
  On May 28th, 2024, I reviewed staff reports in regard to Offender Long, Jason (121296) assaulting Officer Mohammad in C Block's Foyer on May 23rd, 2024. The following narrative is based on the review of Officer Kolb's, Officer Mohammad's, Officer Howard's, and my report(s):
  On May 23rd, 2024, at approximately 2054 Long was speaking to Officer Kolb through C Block Control's utility ... <Con't>

☐ Investigation   Date Completed: _____   [X] DESCRIPTION CONTINUED ON ATTACHED PAGE

Witnesses: _____

Reporting Officer: GAMBLE, R
Title: Investigator
Date: 06/01/2024     Time: 1:11 PM

Officer-In-Charge: HOWARD, R L
Title: Lieutenant
Date: 06/01/2024     Time: 6:05 PM
OIC Signature: _____

**ADVISEMENT OF RIGHTS**

By signing below, you indicate your preference regarding the rights indicated. Failure to respond, or indicate a preference, constitutes a **WAIVER** of the first three rights. The following forms are available to the offender **UPON REQUEST** in each housing unit: *Witness Request Form, Documentary Evidence Request Form, and the Reporting Officer Response Form.* The offender must submit these request forms to the Hearings Officer within **48-HOURS** of the charge being served.

DO YOU WANT TO REQUEST A STAFF HEARING ASSISTANT?
Requested: ☐ Yes ☐ No   Form Provided: ☐ Yes ☐ No

DO YOU NEED WITNESSES STATEMENT FORMS? (Limit of 4 statements forms)
Requested: ☐ Yes ☐ No   Form(s) Provided: ☐ Yes ☐ No   Numbers #: ____

DO YOU WISH TO WAIVE YOUR RIGHT TO 24-HOUR PREPARATION TIME PRIOR TO THE HEARING?   ☐ Yes ☐ No ☐ REFUSED TO RESPOND

DO YOU WISH TO APPEAR AT THE DISCIPLINARY HEARING?
Refusal to appear is an admission of guilt, a waiver of witnesses and the right to a disciplinary hearing.   ☐ Yes ☐ No ☐ REFUSED TO RESPOND

**You have been informed of the allegation against you, and advised of your rights at the Disciplinary Hearing.**

Served and Witnessed By: _____   Offender's Signature: _____
Print Name: _____   Print Name: _____
Date of Service: 06/01/2024   Approximate Time: 6:55 PM
IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL: _____

**ADVISOR AT SERVICE OF DOR:**
Date of Hearing: 06/06/2024   Revised Date: _____   Revised Date: _____   Revised Date: _____

**DISCIPLINARY OFFENSE REPORT (attachment)**

| | | | |
|---|---|---|---|
| Case Number: ISCC-2024-0974 | Offender Name: Long, Jason N | DOC #: 121296 | Housing: C Block-5-13-AB |
| Facility: Idaho State Correctional Center | Reference: | | |

**Description of Offense (continued):**

port. Officer Kolb reported Long was speaking to her in regard to his report that Officer Mohammad is being investigated for a sexual misconduct allegation against him {Long}. Moreover, Long reported to Officer Kolb that Officer Mohammad is not allowed to enter Tier 5 where he is being housed. After Officer Kolb received direction from Shift Commander, Lieutenant Coffman, she informed Long that Officer Mohammad is allowed to conduct security functions on Tier 5 at this time. Moreover, Officer Kolb directed Long to submit a Resident Concern Form to the paralegal if he would like legal advice and to return to his housing tier. Shortly after, Officer Mohammad exited Tier 4 and proceeded to the utility port where Long was speaking to Officer Kolb. As Officer Mohammed attempted to place several pieces of paper through the utility port, Long stated in a loud and aggressive tone "get the fuck away from me", "get the fuck away from me you pedophile rapist", and "go fuck yourself you are a fucking sex offender, you piece of shit. I will fuck you up". Officer Mohammad began directing Long to place his hands on the wall to be restrained; to which he did not comply. After, Long tensed up, began walking towards Officer Mohammad stating, "let's go motherfucker, let's go", and punched Officer Mohammad on the left side of his face with his closed right fist. Afterwards, Officer Mohammad gave several more directives to Long to place his hands on a wall to be restrained, to which he did not comply. Due to Long's non-compliance Officer Mohammad deployed a burst of Oleoresin Capsicum (O.C.) in his {Long} facial region. However, Long continued his aggression and non-compliance as he advanced towards Officer Mohammad. Officer Howard ordered Long to stop moving; to which he didn't comply. Officer Howard deployed a one second burst of O.C. across Long's eyes. Afterwards, Long ran into Officer Mohammad's person. Officer Mohammad separated himself from Long as Officer Howard stepped in between them and directed Long to lay on the ground. Long stopped for a short moment prior to complying and laying in the Prone Position to be restrained, ultimately ending the incident.

Offender Long's behavior striking Officer Mohammed in the face with a closed fist and continuing to maintain his active aggression when directed to discontinue his assault attests to his willingness and intention to cause physical injury to a staff member.

IDOC is seeking restitution in the amount of $34.00 (USD) for the chemical munitions used to gain Long's compliance.
Description of Attached Evidence:
F.M. ~~ O.C. Restitution
Staff Information Reports available for DHO review.
Handheld video footage available for DHO review.

**Hearing Decision Penalty (continued):**

Restitution - Imposed Value: 34.00 Dollars

**Institutional Review Penalty (continued):**

Restitution - Imposed Value: 34.00 Dollars

# DISCIPLINARY OFFENSE REPORT (continued)

Case Number: ISCC-2024-0974  Offender Name: Long, Jason N  DOC #: 121296  Housing: C Block-5-13-AB
Facility: Idaho State Correctional Center  Reference: _____

## OFFENDER'S PLEA AND RIGHTS

Hearing Location: Idaho Maximum Security Institution  Date: 06/06/2024  Time: 12:00 AM
Plea: ☐ Admit  ☒ Deny  ☐ No Plea
Advisor at hearing: _____
Reason for absence/exclusion of the accused offender: _____

Has there been a denial of requested witnesses?  ☐ Yes  ☐ No

## DECISION OF THE HEARINGS OFFICER

☒ Confirm  ☐ Dismiss
☐ Vacated for Rewrite/Re-serve
☒ For the charge of:  Offense Title: A24 - Violence Against Staff

Reason for Decision: Based on the body of the report where it states that the resident assaulted staff. DOR Recording# ISCC-2024-0974

Formal Sanction:
- Visiting Restrictions Class A - Imposed Value: 45.00 Days
- Property Restriction Class A - Imposed Value: 60.00 Days
- Commissary Restriction Class A - Imposed Value: 60.00 Days

Comment: _____
Hearing Officer's Signature: _____  Date: 06/06/2024
Print Name: SLAY, S

## INSTITUTIONAL REVIEW:

☒ Approved  ☐ Dismissed  ☐ Suspended Penalty
☐ Reduced Penalty  ☐ Rehear  ☐ Reduced to Lesser-Included Offense
☒ For the charge of:  Offense Title: A24 - Violence Against Staff
☐ For the Lesser Included Offense of:  Offense Title: _____

Comments: I have reviewed and have affirmed this DOR based upon the evidence provided, report narrative, and DHO's findings. I believe the sanctions imposed are appropriate.

Formal Sanction:
- Visiting Restrictions Class A - Imposed Value: 45.00 Days
- Property Restriction Class A - Imposed Value: 60.00 Days
- Commissary Restriction Class A - Imposed Value: 60.00 Days

Signature: _____  Date: 06/10/2024
Print Name: YOUNG, C  Title: Deputy Warden

Exhibit #11 pg 3