EXHIBIT #9

# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

Resident Name: Jason Long IDOC Number: 171296

Institution, Housing Unit, & Cell: IMSI B1 #2 Date: 10/19/24

To: Dept Warden Young
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Mr. Young During my [illegible] review you told me you were obtaining the video footage of the incident DOR ISCC 2024-0474 which I and dozens of inmates witnessed and will attest was actually a sexual battery and attempted rape committed by Officer Mohammed, and you repeatedly assured me you were in contact with the PREA coordinator to connect me with those witnesses so I can persue charges with their sworn affidavits. It seems you have joined the cover-up culture of destroying evidence and obstruction Mr. Young, and come to find out SOP 149 is being violated for every request I have made for access to my due process to persue charges. That's a felony Mr. Young (IC 18-7602.)
(Description of the issue must be written only on the lines provided above.)

Resident signature: [signature]

**Staff Section**

[signature] / 14194 Collected/Received: 10/19/24
(Signature of Staff Member Acknowledging receipt) / Associate ID # (Date collected or Received)

Reply: MR. LONG. I REQUESTED THE COMPLETED PREA PACKET FROM ISCC ON 9/9/24. ISCC WAS NOT YET COMPLETE W/ IT AS I BELIEVE IT IS AN OPEN INVESTIGATION. I REACHED OUT TO OUR PREA COORDINATOR TO OBTAIN THE PREA PACKET ON 10/21/24. IT LOOKS LIKE THE USE OF FORCE REVIEW WAS COMPLETED.

Responding Staff Signature: C. DW YOUNG Associate ID #: 0927 Date: 10/21/24

Pink copy to resident (after receiving staff's signature),
Original and yellow to responding staff (after completing reply, yellow copy returned to resident.) Last Rev. 1/21

PRT3NCRCF

Exhibit #10

# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

Resident Name: Long IDOC Number: 121296

Institution, Housing Unit, & Cell: IMSI B1 #2 Date: 11/21/24

To: Dept Warden Young
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: You told me in my ad-seg review you would retain the institutional and handheld videos associated with ISCC-2024-0974 and you were going to personally watch them. You stated my accounting of the event has merit and you "owed it to me" to retain this evidence I claimed as an attempted rape / battery w/ intent by IDOC officer Mohammad. It appears to me at this point you are lying on all counts and indeed engaging in or complicit in conspiracy of felony evidence destruction under title 18 chapter 26. Tell me: Where are you with the processes you said you would do?

(Description of the issue must be written only on the lines provided above.)

Resident signature: [signature]

**Staff Section**

[signature] Associate ID # [illegible] Collected/Received: 11-21-24

(Signature of Staff Member Acknowledging receipt) (Date collected or Received)

Reply: I SUBMITTED INQUIRY ON 9/9/24 10/21/24 10/22/24 I INDICATED TO OUR PREA COORDINATOR (TERESA JONES) THAT YOU BELIEVE YOU WERE RETALIATED AGAINST. I ASKED HER TO LOOK INTO / INVESTIGATE THE ALLEGATION FURTHER. PLEASE CONTACT THE STATEWIDE PREA COORDINATOR - THE REPORT PROVIDED TO ME BY ISCC INDICATES NO WRONGDOING BY STAFF.

Responding Staff Signature: [signature] DW YOUNG Associate ID #: 0927 Date: 11/25/24

Pink copy to resident (after receiving staff's signature).
Original and yellow to responding staff (after completing reply, yellow copy returned to resident.) Last Rev. 1/21

PRT3NCRCF

Exhibit #1

# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

Resident Name: Jason Long IDOC Number: 121296

Institution, Housing Unit, & Cell: IMSI B-1 2 Date: 5/29/24

To: Captain Crawl
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: You just left my cell to follow up on "Use of Force" as discussed. Ofc. Muhammad's actions were illegal and extremely harmful and you assured me the PREA process was "unhindered" in the matter of his sexual battery and aggravated battery. When you have completed turning over all evidence to the police, the interviews I gave to both ISCC staff/command and all witness statements, I need the police report number for the charges I am pressing against Ofc Muhammad.

(Description of the issue must be written only on the lines provided above.)

Resident signature: [signature]

**Staff Section**

[illegible] / [illegible] Collected/Received: 5/29/24
(Signature of Staff Member Acknowledging receipt) / Associate ID # (Date collected or Received)

Reply: I do not have a part in that. You will need to reach out to ISCC for any information.

Responding Staff Signature: [illegible] Associate ID #: 8514 Date: 6/6/24

Pink copy to resident (after receiving staff's signature),
Original and yellow to responding staff (after completing reply, yellow copy returned to resident.) Last Rev: 1/21

PRT3NCRCF



Exhibit #2

# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

Resident Name: Jason N Long IDOC Number: 172796

Institution, Housing Unit, & Cell: IMSI Date: 5/31/24

To: Captain Crawl

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: As I explained I didn't think the decontamination was sufficient. But the more I replay it... and the more my right eye's ability to see continues to deteriorate after that night I the more I doubt that it was SOP [illegible] to force me to use toilet water to clean my eyes. I think I have an infection because of it. The shift commander told officer Englson not to turn on my cells water saying I could use the toilet to clean.

(Description of the issue must be written only on the lines provided above.)

Resident signature: [signature]

**Staff Section**

[signature] / 6594 Collected/Received: 05/31/24

(Signature of Staff Member Acknowledging receipt) / Associate ID # (Date collected or Received)

Reply: I have forwarded this concern to Cpt. Nicodemus at ISCC via email.

Responding Staff Signature: Cpl [signature] Associate ID #: 8514 Date: 6/3/24

Pink copy to resident (after receiving staff's signature),
Original and yellow to responding staff (after completing reply, yellow copy returned to resident.) Last Rev. 1/21

PRT3NCRCF

Exhibit # 3

# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

RECEIVED
JUN 11 2024
IMSI WARDEN'S OFFICE

Resident Name: JASON LONG IDOC Number: 121296

Institution, Housing Unit, & Cell: IMSI B1-2 Date: 6/6/2024

To: IMSI Warden

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Warden. On 5/23/24 it is alleged that I Battered ofcr Muhammad in the ISCI C block Four at approximately 20:50 hours but this is not true. I was standing in front of the West window of the C-block classroom in clear view of the classroom's camera. My DHO called ISCC investigations to out and review the video. but they denied my DHO access - they said "there wasn't a camera view" but Warden I was standing in front of the window which the ~~classroom~~ camera looks directly at. Warden I know it is difficult to put stock in ~~any~~ an inmate's words. but please get that video. I believe investigations @ ISCC is destroying criminal evidence because they already falsified the DOR. My life is in the balance

(Description of the issue must be written only on the lines provided above.)

Resident signature: [signature]

**Staff Section**

[signature] / H195 Collected/Received: 06/06/24

(Signature of Staff Member Acknowledging receipt) / Associate ID # (Date collected or Received)

Reply: There was NO video footage that could support the DOR or it would have been included.

Responding Staff Signature: [signature] Associate ID #: 4409 Date: 6/11/2024

Pink copy to resident (after receiving staff's signature),
Original and yellow to responding staff (after completing reply, yellow copy returned to resident.) Last Rev. 1/21

PRT3NCRCF

Exhibit #4

# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

Resident Name: JASON LONG IDOC Number: 121296

Institution, Housing Unit, & Cell: IMSI B1-2 Date: 6/6/2024

To: ~~ISCI WARDEN~~
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Warden, on 5/23/24 it is alleged I battered ofcr. Muhammad in the ISCI C-block Four at approximately 20:50 hours, but this is not true. I was standing in front of the West window of the C-Block classroom in clear view of the classroom's camera. My DHO called ISCI investigations to get and review the video but ISCI investigations denied my DHO access - they said "There wasn't a camera view" but I was standing in front of the window which the classroom camera points directly at. I know it is difficult to put stock in an inmate's words, but that video (and all C Block video during that time) is criminal evidence and I believe your investigation team is attempting to destroy it. Please retain it, my life is in the balance.
(Description of the issue must be written only on the lines provided above.)

Resident signature: [signature]

**Staff Section**

[signature] / H195 Collected/Received: 06/06/24
(Signature of Staff Member Acknowledging receipt) Associate ID # (Date collected or Received)

Reply: You will need to Address this with Warden Ross @ ISCC.

Responding Staff Signature: [signature] Associate ID #: [illegible] Date: 6/18/24

Pink copy to resident (after receiving staff's signature),
Original and yellow to responding staff (after completing reply. yellow copy returned to resident.) Last Rev. 1/21

PRT3NCRCF



Exhibit #12

A-3-93

# IDAHO DEPARTMENT OF CORRECTION
## Delay Notification Slips

**Note: Print and cut this form into three (3) Delay Notification Slips.**

### Delay Notification Slip

To: LONG, JASON No: 122296 Housing Assignment A-3/93

From: Grievance Coordinator Date: 01/05/26

☒ Grievance ☐ Grievance Appeal ☐ DOR Appeal

Has been received and logged as # 00544. The response will be delayed because of the following:

☒ Staff away from institution (vacation/sick/training, etc.)

☐ Staff Shortage or grievance/appeal backlog

☐ Issue requires further investigation

☒ Other: your grievance was submitted to a Level 1 Respondent for review. We are waiting to receive a response from them.